1 | **NORMA A. AGUILAR**
California State Bar No. 211088
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Email: Norma_Aguilar@fd.org

5 | Attorneys for Mr. Reyes

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE CATHY A. BENCIVENGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ0662-CAB-01 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| MIGUEL REYES, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                          Respectfully submitted,

Dated: March 7, 2008                          */s/ Norma Aguilar*
                                                      **NORMA AGUILAR**
                                                        Federal Defenders of San Diego, Inc.
                                                        Attorneys for Mr. Reyes
                                                       Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  March 7, 2008                                    /s/  *Norma Aguilar*
                                                                        **NORMA AGUILAR**
                                                                        Federal Defenders of San Diego, Inc.
                                                                        225 Broadway, Suite 900
                                                                        San Diego, CA  92101-5030
                                                                        (619) 234-8467  (tel)
                                                                        (619) 687-2666  (fax)
                                                                         Email: Norma_Aguilar@fd.org