FILED
APR -
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  VMH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal Case No. 08CR0970-JLS |
|                              ) | |
|             Plaintiff,       ) | I N F O R M A T I O N |
|                              ) | |
|        v.                    ) | Title 8, U.S.C., Sec. 1325 - |
|                              ) | Illegal Entry (Misdemeanor); |
| MIGUEL REYES,                ) | Title 8, U.S.C., Sec. 1325 - |
|       aka Miguel Reyes-Vieira, ) | Illegal Entry (Felony) |
|                              ) | |
|             Defendant.       ) | |

The United States Attorney charges:

Count 1

On or about June, 2007, within the Southern District of California, defendant MIGUEL REYES, aka Miguel Reyes-Vieira, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

WDK:psd:San Diego
3/7/08

Count 2

On or about December 15, 2007, within the Southern District of California, defendant MIGUEL REYES, aka Miguel Reyes-Vieira, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: April 1, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney